■ In the Matter of Louis Pirinelli, Appellant, v Ruth Pirinelli, Respondent. [771 NYS2d 420]—Appeal from an order of the Family Court, Niagara County (David E. Seaman, J.), entered October 31, 2002. The order denied petitioner's objections to the order of the Hearing Examiner dismissing petitioner's application to modify an order of support.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court, Timothy J. Casper, H.E. Present—Wisner, J.P., Kehoe, Gorski, Lawton and Hayes, JJ.

■ In the Matter of Steven Osterhoudt, Respondent, v Christine Rahn, Also Known as Christine Osterhoudt, Appellant. [771 NYS2d 419]—Appeal from an order of the Family Court, Oneida County (James R. Griffith, J.), entered November 29, 2002. The order, inter alia, awarded custody of the parties' children to petitioner.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court, Oneida County, James R. Griffith, J. Present—Wisner, J.P., Kehoe, Gorski, Lawton and Hayes, JJ.

■ In the Matter of the Estate of Anne Driscoll, Also Known as Ann N. Driscoll, Deceased. J. Michael Shane, Respondent; David W. Karl et al., Appellants. [771 NYS2d 418]—Appeal from a decree of the Surrogate's Court, Cattaraugus County (Michael L. Nenno, A.S.), entered August 14, 2002. The decree admitted decedent's last will and testament to probate.

It is hereby ordered that the decree be and the same hereby is unanimously affirmed without costs for reasons stated at Surrogate's Court. Present—Wisner, J.P., Kehoe, Gorski, Lawton and Hayes, JJ.